JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BAINES,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>RAYMOND MADDEN, WARDEN,<br><br>　　　　　Respondent. | CASE NO. ED CV 17-860-AG (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>11/30/17</u>.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Baines Judgment.wpd